AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11012479

**RECEIVED** By USMS District of Columbia District Court at 3:20 pm, Mar 13, 2025

United States of America
v.

ANTOINE JONES

*Defendant*

) Case: 1:24-cr-00517
) Assigned To : Judge Colleen Kollar-Kotelly
) Assign. Date : 03/12/2025
) Description: Superseding Indictment (B)
) Related Case: 24-cr-517 (CKK)
)
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Antoine Jones,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1201(a)(1), (g)(1) (Kidnapping of a Minor); 18 U.S.C. § 1201(c) (Conspiracy to Commit Kidnapping); 22 D.C. Code §§ 2001, 4502 (Kidnapping While Armed);

Date:   03/12/2025

*Issuing officer's signature*

City and state:   Washington, DC

Honorable G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/13/25 , and the person was arrested on *(date)* 3/14/25
at *(city and state)* Washington, DC .

Date: 3/14/25

*Arresting officer's signature*

Special Agent Mitchell Bernier - FBI
*Printed name and title*